IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 73.187.129.242

**ISP:** Comcast Cable
**Physical Location:** Reading, PA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 10/20/2018 16:13:27 | C72370F9777E4BC5700A0E96C2EDAB284AA8501F | Hot Fucking with Sexy Sybil and Jake |
| 11/27/2017 23:35:46 | F7D3457C56533980BF4462E55167D5586D139721 | Into The Lions Mouth |
| 11/23/2017 23:07:44 | CE28D8AEF3E93AA5DAFBDAE189F669EF1CF59D95 | Little Firecracker |
| 10/16/2017 19:12:39 | B1D5C17CCC678A9A268A82ABC17DFD9010984CB1 | Born To Be Wild |
| 09/16/2017 12:51:55 | 507D295A735F5464F4C3DB79DC495B3077D31578 | Piano Concerto |
| 06/12/2017 19:43:08 | 77BD97CB46F8E6B0B9869A8B39F0ECC75CF84573 | Love In Prague |

**Total Statutory Claims Against Defendant: 6**

EXHIBIT A

EPA788